**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS**

v.

**James THOMAS et al.**

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Barren Circuit Court; Hon. Cass R. Walden, Judge.

James D. Robinson, Acting General Counsel, Carl T. Miller, Jr., General Counsel, Dept. of Highways, Frankfort, Charles W. Huddleston, Bowling Green, Robert M. Alexander, Glasgow, for appellant.

Cecil C. Wilson, Wilson, Herbert, Garmon & Gillenwater, Glasgow, for appellees.

Memorandum Opinion of the Court by Justice REED, Reversing.*

■

**Ron WHITAKER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Pulaski Circuit Court; Lawrence S. Hail, Judge.

Dale B. Mitchell, Somerset, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Reversing.*

* Opinion ordered not to be published.